IDA SANBERG, Respondent, *v.* DELIA A. REILLY, Appellant.

(Argued January 10, 1929; decided February 13, 1929.)

548

*A. E. Ellenbogen* for appellant.

*William L. O'Brion* and *Webster F. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'Brien and HUBBS, JJ.